FILED

MAY 20 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EUGENE RAY BABCOCK, )<br>)<br>Defendant. ) | CRIMINAL NO. 15-cr-30065-NJR |

## STIPULATION OF FACTS

On December 13, 2014, members of the Bethalto Police Department and the Federal Bureau of Investigations went to Liberty Bank located in Bethalto, Illinois, within the Southern District of Illinois, in response to a bank robbery.

Matthew Liebheit, a bank manager at Liberty Bank, indicated that he was in his Toyota Prius prior to the bank opening when an individual approached him in the bank parking lot, pointed a silver handgun at him, and ordered him into the bank. Liebheit subsequently emptied the contents of the bank's vault, which had over $200,000 in currency, into a bag the robber had. Liebheit said he was struck three times with gun and duct taped. He said the robber left, then returned and tried to open the door. Liebheit called police minutes later.

The Bethalto Police Department pulled all available surveillance video from the bank. A surveillance camera positioned on an ATM pointing outward showed that a white pickup truck left the bank area immediately after the robbery. A still photograph of that white truck was shown to Liebheit to see if he recognized the vehicle, and he said that was his truck. He explained that his truck had broken down the night before on his way home from work, and so he left it in a local Schnucks parking lot with the keys in the ignition.

Officers went to where Liebheit's truck was parked in the Schnucks parking lot. There was a large object in the bed of the truck, as well as a stack of $10 bills banded together in the bed of the truck. Surveillance videos were obtained from local businesses that fall along routes between Schnucks and Liberty Bank. Some of the videos show a white truck with a large object in the bed of the truck following a vehicle resembling a Prius heading in the direction of Liberty Bank from Schnucks in the minutes leading up to the robbery. After the robbery, a surveillance video shows a white truck with a large object in the bed of the truck heading away from where Liberty Bank is located; the Prius is not seen.

Investigators learned that Liebheit had issues with gambling and significant debts. Investigators also learned that Liebheit was associates with Eugene Ray Babcock. They went to go interview Babcock, and Babcock confirmed that he knew Liebheit and had sold a phone to him in the past.

Believing that the robbery was staged and that Babcock may have been involved, investigators pulled surveillance video from Meadowbrook School, which is in the same neighborhood as Babcock's residence. Video showed a white truck with a large object in the bed of the truck travelling in the direction of Babcock's residence after the robbery.

In January of 2015, Babcock agreed to sit down with investigators to explain his role. His attorney was present. He indicated that in a series of discussions at his house in late fall of 2014, Liebheit solicited his help to commit a fake bank robbery at Liberty Bank. Liebheit estimated that they could steal approximately $140,000, to be split equally between them.

In the days leading up to the robbery, Liebheit visited Babcock to discuss the final details. They agreed that Babcock would dress in clothing that would obscure his identity, and

bring an Airsoft BB gun that resembled a real gun. Liebheit suggested that Babcock bring duct tape to tie him up to make the robbery look authentic.

The morning of the robbery, Liebheit and Babcock met at the Schnucks parking lot. Liebheit drove his Toyota Prius to the bank, and Babcock followed in Liebheit's white pickup truck. When Liebheit parked, Babcock pulled in next to him, exited his vehicle, and pretended to force Liebheit into the bank with an Airsoft BB gun.

Once inside the bank, Liebheit reminded Babcock to "make it look real," and led them to the bank vaults, which Liebheit opened. Inside the vault, they filled Babcock's bag with money, then moved to an area that Liebheit believed was not covered by security cameras, where they used duct tape to make it look like Liebheit had been tied up. Babcock refused to put tape over Liebheit's mouth for fear of suffocating him. Babcock then left the bank, although returned briefly, believing that he had left the BB gun inside. He then drove to his house, dropped off the bag of money, then returned to the Schnucks parking lot to swap the white pickup truck for his personal vehicle.

Babcock returned over $100,000 taken from the fake bank robbery to investigators.

STEPHEN R. WIGGINTON
United States Attorney

_____
EUGENE RAY BABCOCK
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
JOHN D. STOBBS, II
Attorney for Defendant

Date: 4-23-15

Date: 4/27/15